UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LINDA YOUNGBLOOD )
)
v. ) NO. 3:09-0303
) JUDGE CAMPBELL
PRUDENTIAL INS. CO. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 27). Plaintiff has filed Objections (Docket No. 28) and Defendant has filed a Response (Docket No. 29). Plaintiff has also filed a Reply (Docket No. 32).

The Court has reviewed the Report and Recommendation, Objections, Response and Reply. The objections of the Plaintiff are overruled, and the Report and Recommendation (Docket No. 27) is adopted and approved. Accordingly, Plaintiff's Motion to Amend Complaint (Docket No. 18) and Motion to Extend the Initial Case Management Deadline to Amend Pleadings (Docket No. 23) are denied for the reasons stated in the Report and Recommendation.

Plaintiff's Motion to Continue Dispositive Motion Deadline (Docket No. 17) is granted and the case is referred to the Magistrate Judge to set a new dispositive motion deadline.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE